UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE WALGREEN CO. STOCKHOLDER LITIGATION : : : : : : : : : | Civil Action No. 1:14-cv-09786<br><br>CLASS ACION<br><br>Judge Joan B. Gottschall<br><br>**July 8, 2015 Hearing Date** |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS

Plaintiffs, individually and on behalf of themselves and all others similarly situated, move this Court for Preliminary Approval of the Proposed Settlement, Notice to the Settlement Class and Settlement Class Certification. In support of this motion, which Defendants do not oppose, Plaintiffs rely upon their contemporaneously-filed Memorandum of law ("Mem.").

WHEREFORE, Plaintiffs respectfully request that the Court grant preliminary approval of the proposed Stipulation of Settlement and enter the accompanying Order of Preliminary Approval. (*See* Mem. Exhibit A thereto).

Dated: July 2, 2015

*/s/ Mark B. Goldstein*_____

Patrick V. Dahlstrom
Mark B. Goldstein
**POMERANTZ LLP**
Tenth South LaSalle Street
Suite 3505
Chicago, Illinois 60603
Phone: (312) 377-1181
Fax: (312) 377-1184

POMERANTZ LLP
**Gustavo F. Bruckner**
Ofer Ganot
600 Third Avenue, 20th Floor
New York, New York 10016

Phone: (212) 661-1100
Fax: (917) 463-1044

**FRIEDMAN OSTER PLLC**
Jeremy Friedman
Spencer Oster
240 E. 79th Street, Suite A
New York, New York 10075
Phone: (888) 529-1108

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates. Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 391-5164
Fax: (412) 471-1033

**DITOMMASO LUBIN, P.C.**
Vincent L. DiTommaso
Peter S. Lubin
17 W220 22nd Street, Suite 410
Oakbrook Terrance, Illinois 60181
Phone: (630) 333-0000
Fax: (630) 333-0333

**LEVI & KORSINSKY, LLP**
Joseph E. Levi
Julia J. Sun
30 Broad Street, 24th Floor
New York, New York 10004
Phone: (212) 363-7500
Fax: (866) 367-6510

*Counsel for Plaintiffs and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, I caused to be served, via the Court's Electronic Filing System, a copy of the foregoing document on all counsel of record.

Dated: July 2, 2015 /s/ Mark B. Goldstein