United States District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago IL 60604

August 12, 2015

Dear Sir:

This is in reference to the settlement agreement concerning Walgreen's reference in the attached notice.

My name is David Mischel, 800 4th Street Southwest, Apartment S719, Washington DC, 20024, telephone 202-554-8079.

I held 1,000 shares of Walgreen's on August 6, 2014, August 7, 2014, and September 30, 2014.

I am advising the court that as a class member I object to the payment of any attorney fees. I base my objection on the fact that this law suit was frivolous and was clearly designed for the sole purpose of providing the attorneys a wind fall. It provides no substantive benefit to the class members.

The acquisition was beneficial to the class members, and this law suit resulted in nothing more than added expense for the company and in turn for the share holders.

I am realistic enough to know that there is very little likelihood that the attorneys will not receive their fees even though their work provided no benefited to the class of share holders. However, I hope that this letter will at least be placed into the record.

Sincerely,
David Mischel

**FILED**
AUG 21 2015
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

14-CV-9786

Case: 1:14-cv-09786 Document #: 34 Filed: 08/21/15 Page 2 of 3 PageID #:587

**NOTICE OF PENDENCY OF CLASS ACTION, SETTLEMENT HEARING, AND RIGHT TO APPEAR**

**YOUR LEGAL RIGHTS MIGHT BE AFFECTED BY THIS SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

See important notice on the other side.

*In Re Walgreen Co. Shareholder Litigation*
**Notice Administrator**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION SERVICES



Postal Service: Please do not mark barcode

Control#: WGH-00101302-101815

DAVID S MISCHEL
800 4TH STREET SW APT S719
WASHINGTON DC 20024-3064



WGH
FWT-SP1  20024



247621_DOM/015557/015557/i

Case 1:14-cv-09786 Document #: 34 Filed: 08/21/15 Page 3 of 3 PageID #:588

**TO: ALL PERSONS OR ENTITIES WHO HELD SHARES OF WALGREEN CO. ("WALGREEN" OR THE "COMPANY") COMMON STOCK (OR ANY INTEREST THEREIN) EITHER OF RECORD OR BENEFICIALLY AND THEIR SUCCESSORS IN INTEREST AT ANY TIME BETWEEN AND INCLUDING AUGUST 5, 2014 AND DECEMBER 31, 2014 (THE "CLASS PERIOD").**

IF YOU HOLD WALGREEN CO. COMMON STOCK FOR THE BENEFIT OF ANOTHER, PLEASE PROMPTLY TRANSMIT THIS DOCUMENT TO SUCH BENEFICIAL OWNER. ALTERNATELY, YOU MAY PROVIDE A LIST OF THE NAMES AND ADDRESSES OF SUCH BENEFICIAL OWNERS TO THE NOTICE ADMINISTRATOR BY EMAILING nominees@WalgreenProxyShareholderSettlement.com. MORE INFORMATION REGARDING THE NOTICE ADMINISTRATOR IS AVAILABLE AT www.WalgreenProxyShareholderSettlement.com.

A settlement has been reached in a class action related to Step 2 of Walgreen's acquisition of Alliance Boots, GmbH. Among other things, the Plaintiffs sought to enjoin the Defendants from proceeding with the acquisition unless and until they remedied certain alleged disclosure violations. The Defendants contend that the Plaintiffs' allegations are without merit and deny that they did anything wrong. However, the Defendants agreed to make certain supplemental disclosures and to settle the Plaintiffs' actions.

### What Does The Settlement Provide?
Pursuant to a Memorandum of Understanding providing for the settlement of the action, the Defendants made supplemental disclosures prior to Walgreen shareholders' vote on the acquisition. The information contained in the supplemental disclosures had not been included in the Proxy filed with the SEC and Plaintiffs considered such information to be material and important for Walgreen shareholders to make a fully informed decision with respect to whether or not to vote their shares in favor of the acquisition.

### What Are Your Rights?
Record holders and beneficial owners of Walgreens common stock during the Class Period and certain other individuals are members of the Settlement Class, and their rights may be affected by this action and the settlement thereof. You are hereby notified that pursuant to an Order of the United States District Court for the Northern District of Illinois, a hearing will be held on November 6, 2015, at 9:30 a.m., in Courtroom 2325 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 (the "Settlement Hearing") to consider whether to approve the settlement and the requested attorneys' fees. As described in the notice available at www.WalgreenProxyShareholderSettlement.com, if you are a member of the Settlement Class, you may:

| DO NOTHING | You will be bound by the judgment entered by the Court if it approves the settlement, including releasing the settled claims. |
|---|---|
| OBJECT | You may write to the Court **by October 23, 2015** if you wish to object to the Settlement, the judgment to be entered in the action, certification of the Settlement Class, and/or Plaintiffs' attorneys' fee petition. |
| GO TO THE SETTLEMENT HEARING | You may attend and, subject to certain requirements, speak at the Settlement Hearing. |

### Do You Have an Attorney in this Action?
Pomerantz LLP ("Pomerantz"), Friedman Oster PLLC ("Friedman Oster"), Levi & Korsinsky LLP ("Levi & Korsinsky"), the Law Office of Alfred G. Yates, Jr., P.C., and DiTommaso Lubin, P.C., represent you and other members of the Settlement Class in the action. You will not be charged for these Plaintiffs' Counsel. Instead, any award of attorneys' fees to Plaintiffs' Counsel will be paid by Walgreen. Plaintiffs' Counsel intend to petition the Court for an award of attorneys' fees and expenses not to exceed $370,000 for their efforts in litigating this case. If you want to be represented by your own lawyer, you may hire one at your own expense.

### How Do You Get More Information?
For more information, visit **www.WalgreenProxyShareholderSettlement.com**, or contact Gustavo F. Bruckner, Pomerantz LLP, at (212) 661-1100.

0253YA