

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE WALGREEN CO. STOCKHOLDER LITIGATION | : : : : | Civil Action No/ 1:14-cv-09786 |

### OBJECTION TO SETTLEMENT, ATTORNEYS FEES AND SETTLEMENT CLASS

I object strongly to the proposed settlement.

The information in the 8-K supplemental disclosures have no bearing on whether I would have sold my stock, bought more, or simply held what I have. The result of this litigation is to squeeze $300,000 out of Walgreen for plaintiff's lawyer's fees, to file frivolous litigation accomplishing nothing for the great majority of plaintiffs, and to cause money to be lost to the company and thus indirectly lost to the shareholders. The paucity of the settlement attests to the frivolous nature of the lawsuit.

Both the Dow Jones Index (DJI) and the Walgreen/Walgreen_Boots_Alliance stock (WBA) dipped in early August 2014 and both recovered soon after. Between August 1 2014 and September 4 2015 the value of WBA stock increased about 24% while the DJI decreased by 2.3%. These numbers vigorously attest to the worthlessness of this lawsuit.

I believe the court should not certify the settlement class, should rule that the named plaintiffs keep the supplemental disclosures they desire, and the named plaintiffs should pay the attorneys whatever the court deems to be fair. Neither WBA nor any other shareholders should suffer this outrage.

EXECUTED on September 8, 2015:

_____
Peichen Sgro
SHAREHOLDER OF WALGREEN BOOTS ALLIANCE through my IRA
705 Totavi St.
Los Alamos, NM 87544

**FILED**

SEP 15 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT