## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

James Hays
                Plaintiff,

v.                                    Case No.: 1:14−cv−09786
                                           Honorable Joan B. Gottschall

Walgreen Co., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: The final approval hearing set for 11/6/15 is adjourned and reset to 11/20/15 at 10:00 a.m. Counsel is directed to update the settlement website accordingly. The Clerk shall send a copy of this order to individuals who have objected to date [32] [33] [34] [35] so they may appear if they wish to do so. At least twenty−one days prior to 11/20/2015, plaintiffs' counsel shall file documents supporting final approval of the settlement and the application for fees and expenses. Any responses shall be filed seven days thereafter. Any objections to the settlement must be filed as detailed in paragraph 10 of the preliminary approval order [30]. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.