JAMES J CORYN
2807 26TH ST
MOLINE, IL 61265
309-762-8689

September 14, 2015

**FILED**
OCT 01 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Honorable Presiding Judge
United States District Court for Northern Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Re: Walgreen Co. Stockholder Litigation

    You are hereby notified that I was the holder of 100 shares of Walgreen's stock at all times between August 5, 2014 through December 31, 2014. I am making a response pursuant to the Notice of Pendency of Class Action Settlement Hearing recently received. I consent to the suggested settlement including the release of the sub claims but object to an award for plaintiffs' attorney fees for the reason that the subject action appears to be nothing more than a "fetcher action" and for the further reason that the settlement action is not beneficial to the shareholders or to the corporation itself. Such actions give the legal profession a poor reputation.

                                                   Respectively submitted,

                                                   James J. Coryn

JJC/dmh

CC:    Walgreen Co. Stockholder Litigation
           Notice Administrator
           c/o KCC Class Action Services
           P.O. Box 40008
           College Station, TX 77842-40008