UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE WALGREEN CO. STOCKHOLDER LITIGATION | Civil Action No. 1:14-cv-09786<br>CLASS ACTION<br>Judge Joan B. Gottschall<br>**November 20, 2015 Hearing Date** |

### DECLARATION OF MARK B. GOLDSTEIN

1. I am an attorney at the law firm of Pomerantz LLP, and I am one of the attorneys representing Plaintiffs and the Settlement Class in the above-captioned litigation. I make this Declaration, based on personal knowledge of which I am competent to testify, in connection with the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for an Award of Attorneys' Fees and Expenses and the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement.

2. Attached hereto as Exhibit A is a true and correct copy of the Proposed Order and Final Judgement.

3. Attached hereto as Exhibit B is a true and correct copy of the letter of objection from Paul Copeland.

4. Attached hereto as Exhibit C is a true and correct copy of the Karen Sloan National Law Journal article: *$1,000 Per Hour Isn't Rare Anymore* dated January 13, 2014.

5. Attached hereto as Exhibit D is a true and correct copy of *In re Platinum & Palladium Commod. Litig.*, 828 F. Supp 2d 588 (S.D.N.Y. 2011).

1

6. Attached hereto as Exhibit E is a true and correct copy of the order and final judgement in *Nicols v. SmithKline Beecham Corp.*, No. 00-6222 (E.D. Pa. Apr. 22, 2005).

7. Attached hereto as Exhibit F is a true and correct copy of the order and final judgement in *Nichting v. DPL, Inc.*, No. 3:11-cv-141 (S.D. Ohio Feb. 24, 2012).

8. Attached hereto as Exhibit G is a true and correct copy of the order and final judgement in *In re GeoEye, Inc., S'holder Litig.*, No. 1:12-cv-00826 (E.D. Va. Sept. 6, 2013).

9. Attached hereto as Exhibit H is a true and correct copy of the order and final judgement in *Denney v. Wallace et. al.*, No. 2:10-cv-10-1154 (W.D. Pa. Sept. 9, 2011).

10. Attached hereto as Exhibit I is a true and correct copy of the order and final judgement in *County of York Emps. Ret. Plan v. Merrill Lynch & Co., Inc.*, No. C.A. 4066-VCN (Del. Ch. Aug. 31, 2009).

11. Attached hereto as Exhibit J is a true and correct copy of the order and final judgement in *Stein v. Pactiv Corp.*, No. 10-CH-35455 (Cook Cnty. Ill. Cir. Ct. Apr. 28, 2011).

12. Attached hereto as Exhibit K is a true and correct copy of the order and final judgment in *IBEW Local 164 Pension Fund v. Hewitt Assocs., Inc.*, No. 10 CH 31612 (Cook Cnty. Ill. Cir. Ct. Feb. 15, 2011).

13. Attached hereto as Exhibit L is a true and correct copy of the order and final judgement in *Monzenter v. Nalco Holding Co., et al.*, Case No. 2011-MR-001043 (Du Page Cnty. Ill. Cir. Ct. June 20, 2012).

14. Attached hereto as Exhibit M is a true and correct copy of the order and final judgement in *Nicholas v. Telular Corp., et al.*, Case No. 13 CH 11752 (Cook Cnty. Ill. Cir. Ct. 2013).

15. Attached hereto as Exhibit N is a true and correct copy of the order and final judgement in *Sullivan v. Taylor Capital Group, Inc., et al.*, Case No. 13-CH-18546 (Cook Cnty. Ill. Cir. Ct. 2014).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of October, 2014 in Chicago, Illinois.


/s/ *Mark B. Goldstein*
MARK B. GOLDSTEIN


Dated: October 30, 2015