**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE WALGREEN CO. STOCKHOLDER LITIGATION | ) ) ) ) ) ) ) ) ) | Civil No. 1:14-cv-9786 |
| JOHN BERLAU, | | Hon. Joan B. Gottschall |
| Objector. | | November 20, 2015 Hearing |

**ATTORNEY APPEARANCE FORM**

An appearance is hereby filed by the undersigned as attorney for:   Objector, John Berlau

Attorney name:   Kirstin B. Ives

Firm:   Williams Montgomery & John
  233 South Wacker Drive, Suite 6100
  Chicago, Illinois 60606

Bar ID Number:   6289952

Telephone:   (312) 443-3200     Email:   KBI@Willmont.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status:   ☐ Retained Counsel

  ☐ Appointed Counsel
  If appointed counsel, are you a:
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83. 12 through 83. 14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Attorney Signature   /s/ Kirstin B. Ives     Executed on:   11/5/2015