# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE WALGREEN CO. STOCKHOLDER LITIGATION | Civil No. 1:14-cv-9786 |
| JOHN BERLAU, <br><br> Objector. | Hon. Joan B. Gottschall |

## OBJECTOR JOHN BERLAU'S NOTICE OF APPEAL

Notice is hereby given that objecting class member John Berlau hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's Amended Order and Final Judgment (Docket No. 68), entered on November 20, 2015, and all opinions and orders that merge therein.

Dated: December 17, 2015.

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1899 L Street, NW, 12th Floor
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorneys for John Berlau*

# Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via first class mail a copy of this Notice upon the following:

| | |
|---|---|
| Stephen DiPrima<br>Benjamin Klein<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019 | Gustavo F. Bruckner<br>Mark Bryan Goldstein<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016 |

Additionally, she caused to be mailed a courtesy copy of the foregoing via overnight courier addressed to:

Hon. Joan B. Gottschall
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
Room 2356
219 South Dearborn Street
Chicago, IL 60604


Dated: December 17, 2015.

/s/ Melissa A. Holyoak