No. 15-3799

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

IN RE: WALGREEN CO. STOCKHOLDER LITIGATION

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division, No. 1:14-cv-9786,
Judge Joan B. Gottschall

Bill of Costs of Appellant John Berlau

COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
Theodore H. Frank
Melissa A. Holyoak
1310 L Street, NW, 7th Floor
Washington, DC 20005
(202) 331-2263
*Attorneys for Objector-Appellant*
   *John Berlau*

Appellant John Berlau submits this bill of costs under Fed. R. App. P. 39(d), Circuit Rule 39, and this Court's order of August 10, 2016, awarding costs to appellant in this case. *See* Dkt. 39.

    a.    Cost of Reproducing Opening Brief of Appellant with Required Appendix

        16 copies x 96 pages per copy x $0.10 per page

        Total: $153.60

    b.    Cost of Binding Opening Brief of Appellant with Required Appendix

        16 copies x $2 per copy

        Total: $32.00

    c.    Cost of Reproducing Appendix

        11 copies x 623 pages per copy x $0.10 per page

        Total: $685.30

    d.    Cost of Reproducing Reply Brief of Appellant

        15 copies x 36 pages per copy x $0.10 per page

        Total: $54.00

    e.    Cost of Binding Reply Brief of Appellant

        15 copies x $2 per copy

        Total: $30.00

    f.    Cost of Reproducing Supplemental Appendix

        10 copies x 249 pages per copy x $0.10 per page

        Total: $249.00

The total taxable costs incurred by appellant John Berlau are no less than $1,203.90. In support of these costs, Berlau submits a supporting declaration attached

below and a commercial printing bill attached as well. Berlau requests that their taxable costs be allowed in the amount of $1,203.90.

Dated: August 12, 2016                    Respectfully submitted,

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

/s/ *Melissa A. Holyoak*
Melissa A. Holyoak
COMPETITIVE ENTEPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street, NW, 7th floor
Washington, DC 20005
Telephone: (573) 823-5377
Email: Melissaholyoak@gmail.com
*Attorneys for Objector-Appellant*
   *John Berlau*

**Declaration of Melissa A. Holyoak**

Melissa Holyoak declares as follows:

1.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  I am the attorney for appellant John Berlau in this matter.

3.  I prepared the foregoing itemized bill of costs, which I incorporate into this declaration by reference.

4.  The costs listed therein were incurred.

5.  The rates for costs of binding and printing/copying used in this bill of costs are the rates that the Office of the Clerk of the United States Court of Appeals for the Seventh Circuit has stated are its established rates.

6.  A commercial printing process has been used, and copies of the bills for the opening brief, appendix and for the reply brief are attached to this bill of costs and declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2016, in Columbia, Missouri.

/s/ *Melissa A. Holyoak*
Melissa A. Holyoak

Case: 1:14-cv-09786 Document #: 97 Filed: 09/01/16 Page 5 of 7 PageID #:1856
Case: 15-3799     Document: 00712835015     Filed: 09/01/2016     Pages: 7

# Invoice

**The Lex Group VA**

P.O. Box 1111
Richmond, VA  23218
804-644-4419
EIN #11-3707249

| DATE | INVOICE NO. |
|---|---|
| 3/15/2016 | 28117 |

| CONTRACTING ATTORNEY | RECORD NUMBER AND STYLE |
|---|---|
| Theodore H. Frank<br>CENTER FOR CLASS ACTION FAIRNESS LLC<br>1899 L Street NW, 12th Floor<br>Washington, DC 20036 | 15-3799<br>In Re:  Walgreen Co. Stockholder Litigation |

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| Net 30/3 | BG/KR | 3/11/2016 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Straight Run-copies only Base Fee/7th Circuit |  | 200.00 | 200.00 |
| Opening Brief - Straight Run-copies only/per page fee/7th Circuit<br>(16 copies of 96 pages = 1,536) | 1,536 | 0.28 | 430.08 |
| Appendix - Straight Run-copies only/per page fee/7th Circuit<br>(11 copies of 623 pages = 6,853) | 6,853 | 0.28 | 1,918.84 |
| Federal Express/UPS |  | 472.91 | 472.91 |

**Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249**

**Total** $3,021.83

We accept Visa, MasterCard, Discover and American Express.

**Balance Due** $0.00

# Invoice

**The Lex Group VA**

P.O. Box 1111
Richmond, VA  23218
804-644-4419
EIN #11-3707249

| DATE | INVOICE NO. |
|---|---|
| 4/29/2016 | 28345 |

| CONTRACTING ATTORNEY | RECORD NUMBER AND STYLE |
|---|---|
| Theodore H. Frank<br>CENTER FOR CLASS ACTION FAIRNESS LLC<br>1899 L Street NW, 12th Floor<br>Washington, DC 20036 | 15-3799<br>In Re:  Walgreen Co. Stockholder Litigation |

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| Net 30/3 | BG/KR | 4/25/2016 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Straight Run-copies only Base Fee/7th Circuit | | 200.00 | 200.00 |
| Reply Brief of Appellant John Berlau - Straight Run-copies only/per page fee/7th Circuit (15 copies of 36 pages = 540) | 540 | 0.28 | 151.20 |
| Supplemental Joint Appendix Per Page Fee/7th Circuit (10 copies of 249 pages = 2,490) | 2,490 | 0.35 | 871.50 |
| Federal Express/UPS | | 201.37 | 201.37 |

Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249

**Total**  $1,424.07

We accept Visa, MasterCard, Discover and American Express.

**Balance Due**  $1,424.07

**Proof of Service**

  I hereby certify that on August 12, 2016, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system, thereby effecting service on counsel of record who are registered for electronic filing under Cir. R. 25(a).

Executed on August 12, 2016.

               /s/ *Melissa A. Holyoak*
               Melissa A. Holyoak