UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

James Hays
                     Plaintiff,

v.                                    Case No.: 1:14−cv−09786
                                                 Honorable Joan B. Gottschall

Walgreen Co., et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiffs' unopposed motion to adjourn status hearing [106] is granted. The status hearing set for 10/28/16 is stricken and reset to 12/2/16 at 9:30 a.m. Motion hearing set for 10/28/16 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.